S. E. GRANT v. STATE.
No. A-1592.   Opinion Filed April 25, 1912.
Appeal from District Court, Choctaw County;
A. H. Ferguson, Judge.

S. E. Grant was convicted of manslaughter, and appeals.   Appeal dismissed.

J. L. Dickson, for plaintiff in error.

PER CURIAM.   Plaintiff in error, S. E. Grant, was convicted upon an information charging manslaughter in the first degree, and was sentenced to imprisonment for a term of four years in the state penitentiary.   The judgment and sentence was entered October 26, 1911.   The defendant appealed by filing in this court on January 15, 1912, his petition in error and case-made.   The plaintiff in error has this day filed a motion to dismiss his appeal, which motion is allowed and the appeal is hereby dismissed and the cause remanded to the district court of Choctaw county forthwith with directions to enforce its judgment and sentence therein.

---

RICHARD H. SHARPE v. STATE.
No. A-921.   Opinion Filed April 27, 1912.
Appeal from District Court, Adair County;
John H. Pitchford, Judge.

Richard H. Sharpe was convicted of perjury, and appeals.   Appeal dismissed.

Williams & Williams, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

DOYLE, J.   The plaintiff in error was convicted in the district court of Adair county for the crime of perjury, and sentenced to serve a term of five years in the state penitentiary.   The judgment and sentence was entered on April 16, 1910.   An appeal was attempted to be taken by filing in this court September 22, 1911, a petition in error with case-made.

The case-made does not contain the judgment of the trial court. No briefs have been filed and no appearance made on behalf of the plaintiff in error.   When the case was called on the regular assignment for final submission the Attorney General moved that the appeal be dismissed for failure to prosecute the same.   For the reasons stated, the motion to dismiss the appeal is well taken.   The appeal is therefore dismissed and the case remanded to the district court of Adair county with direction to enforce its judgment and sentence therein.

FURMAN, P. J., and ARMSTRONG, J., concur.